UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LATRISHA RANKIN,

  Plaintiff,

-vs-                                              CASE NO.:  6:18-CV-00656-PGB-GJK

WESTGATE RESORTS, L.L.C.,

  Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, LATRISHA RANKIN, by and through her undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jeffrey Backman, Esquire and Richard W. Epstein, Esquire, Greespoon Marder, PA, 200 East Broward Blvd, Suite 1800, Fort Lauderdale, FL 33301 (jeffrey.backman@gmlaw.com; richard.epstein@gmlaw.com; and khia.joseph@gmlaw.com).

                                      */s/ Jason R. Derry, Esquire*
                                      Jason R. Derry, Esquire
                                      Florida Bar No.: 0036970
                                      Morgan & Morgan, Tampa, P.A.
                                      201 North Franklin Street, 7th Floor
                                      Tampa, FL 33602
                                      Telephone: (813) 223-5505
                                      Facsimile:  (813) 257-0577
                                      jderry@ForThePeople.com
                                      jkneeland@ForThePeople.com
                                      *Attorney for Plaintiff*